**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
Christopher Ziehm

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER ZIEHM, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**GC SERVICES LIMITED PARTNERSHIP,**<br><br>Defendant. | **Case No.:** 3:14-cv-01599-JAH-KSC<br><br>**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>**Judge:** Hon. John A. Houston |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: 14-cv-01599-JAH-KSC            1

Plaintiff Christopher Ziehm ("Mr. Ziehm") requests dismissal of the above-captioned action against Defendant GC Service Limited Partnership WITHOUT prejudice as to Plaintiff's individual claims and WITHOUT prejudice as to the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a).  Therefore, Mr. Ziehm respectfully requests that the above-captioned action be dismissed it its entirety WITHOUT PREJUDICE.

                                              Respectfully submitted,

Dated: March 28, 2015          **KAZEROUNI LAW GROUP, APC**

                                              BY: /S/ ABBAS KAZEROUNIAN
                                                    ABBAS KAZEROUNIAN, ESQ.
                                                    ATTORNEYS FOR PLAINTIFF